**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

------

No. 04-10279
Summary Calendar

------

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee,

versus

HUMBERTO GONZALES-GONZALES,
also known as Roberto Soto Flores,

                                        Defendant-Appellant.

------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CR-194-ALL-P

------

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM:[*]

        Huberto Gonzales-Gonzales ("Gonzales") entered a guilty plea

to a violation of 8 U.S.C. § 1326 for being found in the United

States subsequent to deportation and without having obtained

permission to re-enter.  The district court sentenced Gonzales to

sixty-four months of imprisonment and three years of supervised

release.

------

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The sole issue raised in adversarial fashion is whether Gonzales's prior conviction that resulted in his increased sentence under 8 U.S.C. § 1326(b) was an element of the offense that had to be alleged in the indictment. Gonzales acknowledges that his argument is foreclosed by *Almendarez-Torres,*[1] but he seeks to preserve the issue for Supreme Court review in light of the Court's more recent *Apprendi* decision.[2] *Apprendi* did not overrule *Almendarez-Torres.*[3] Accordingly, the judgment of the district court is AFFIRMED. The Government's motion for summary affirmance is GRANTED. The Government's motion to dismiss the appeal and motion for an extension of time to file a brief are DENIED as moot.

---

[1]*Almendarez-Torres v. United States*, 523 U.S. 224 (1998).

[2]*Apprendi v. New Jersey*, 530 U.S. 466 (2000).

[3]*See id.* at 489-90; *United States v. Mancia-Perez*, 331 F.3d 464, 470 (5th Cir.), *cert. denied*, 124 S. Ct. 358 (2003).